**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SHAMYRA T. TALLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: CIV-16-451-W |
| | ) |
| BRINKER INTERNATIONAL PAYROLL | ) |
| COMPANY, L.P., et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL**

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii) of the FED. R. CIV. PRO., the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs unless otherwise agreed to by the Parties.

**RESPECTFULLY SUBMITTED THIS 30th DAY OF JANUARY, 2017.**

S/Charles T. Battle
Charles T. Battle, OBA #22486
1415 NW 43rd Street
Oklahoma City, OK 73118
Telephone: (405) 420-0082
Facsimile: (405) 416-5492
Email: charles@battllelawfirmok.com
*ATTORNEY FOR PLAINTIFF SHAMYRA T. TALLEY*

S/Michael Josepeh DePonte
(*Signed with permission of counsel*)
Micael J. Deponte Texas Bar No. 24001302
Allyson L. Johnson Texas Bar No. 24054005
500 N. Akard, Ste. 250
Dallas, TX 75201
Telephone: (214) 520-2400
Facsimile: (214) 520-2008
Email: depontem@jacksonlewis.com
JohnsonA@jacksonlewis.com
*ATTORNEYS FOR DEFENDANTS BRINKER OKLAHOMA, INC.; BRINKER INTERNATIONAL PAYROLL, L.P.; BRINKER INTERNATIONAL, INC.*